Gene M. MUNSON, Petitioner,

v.

DEPARTMENT OF COMMERCE,
Respondent.

No. 05–3227.

United States Court of Appeals,
Federal Circuit.

March 17, 2006.

Rehearing Denied May 8, 2006.

Before MICHEL, Chief Judge, LINN and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Constance R. KING, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 05–3161.

United States Court of Appeals,
Federal Circuit.

March 21, 2006.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.